JAY LAWRENCE FRIEDHEIM #4516
Admiralty Advocates®
866 Iwilei Road, Suite 201
Honolulu, Hawaii  96817
Telephone No.  (808) 545-5454
Fax   No. (808) 528-1818
Email: jay@admiraltyadvocates.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUPITA EMERT, <br>               Plaintiff, <br> vs. <br><br> HAWAIIAN AIRLINES, INC., . JOHN DOES 1-20; MARY DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE GOVERNMENTAL AGENCIES 1-20; and OTHER ENTITIES 1-20 <br><br>               Defendants. | CIVIL NO. 17-196 <br><br> CORRECTED NOTICE OF VOLUNTARY DISMISSAL; DECLARATION OF JAY LAWRENCE FRIEDHEIM; CERTIFICATE OF SERVICE |

CORRECT NOTICE OF VOLUNTARY DISMISSAL

Plaintiff LUPITA EMERT requests that the Court dismiss the above referenced action pursuant to FRCP Rule 41(a)(1)(A)(i), which allows the voluntary dismissal of actions where the opposing party has not served either an Answer or a Motion for Summary Judgment. The Defendants have served neither

1

an Answer to the Complaint nor a Motion for Summary Judgment, and the parties have reached a settlement of all claims. *See* Declaration of Jay Friedheim.

DATED: Honolulu, Hawaii, May 31st, 2017.

/s/ Jay Lawrence Friedheim

JAY LAWRENCE FRIEDHEIM
Attorney for Plaintiff

LUPITA EMERT, Plaintiff,  vs.  HAWAIIAN AIRLINES, INC.,*et al.*
CORRECTED NOTICE OF VOLUNTARY DISMISSAL